Opinion by TILSON, J. The record showed that certain of the items in question consist of hemp hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218). The claim at only 25 percent under paragraph 1504 (b) (1) was therefore sustained as to this item.

**No. 49317.**—Protest 107394–K of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain of the items in question consist of hemp hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218). The claim at only 25 percent under paragraph 1504 (b) (1) was therefore sustained as to this item.

**No. 49318.**—Protests 2034–K (B), etc., of O. Yoshizawa Co. et al. (New York).

Opinion by TILSON, J. Certain of the items were found to consist of sisal hats similar to those involved in Abstract 46497 and others to consist of hemp hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), which records were incorporated herein. In accordance therewith the protests were sustained as to these two items.

**No. 49319.**—Protest 99729–K of Simon, Healey & Goldstein, Inc. (New York).

Opinion by TILSON, J. The record showed that the claim was well founded. The mufflers in question were therefore held dutiable as claimed, following Abstract 46985.

**No. 49320.**—Protest 972880–G of New York Merchandise Co., Inc. (New York).

Opinion by LAWRENCE, J. The evidence disclosed that the bicycle horns in question are similar to those involved in *Spiegel* v. *United States* (9 Cust. Ct. 194, C. D. 692), the record in which case was incorporated herein. The claim at 30 percent under paragraph 371 was therefore sustained.

**No. 49321.**—Protest 105797–K of M. Pressner & Co. (New York).

Opinion by LAWRENCE, J. The uncontradicted evidence disclosed that the tape measures in question are similar to those the subject of Abstract 43372, which record was incorporated herein. In accordance therewith the claim at 40 percent under paragraph 339 was sustained.

**No. 49322.**—Protest 105339–K of M. Pressner & Co. (New York).